

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

NO. WR-78,131-02

EX PARTE TARUS VANDELL SALES, Applicant

ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS IN
CAUSE NO. 893161-B IN THE 179TH JUDICIAL DISTRICT COURT
HARRIS COUNTY

*Per curiam.*

# O R D E R

In May 2003, a jury found Applicant guilty of the offense of capital murder. *See*
TEX. PENAL CODE § 19.03(a). Based on the jury's answers to the statutory punishment
questions set out in Texas Code of Criminal Procedure Article 37.071, the trial court
sentenced Applicant to death.[1] This Court affirmed Applicant's conviction and sentence
on direct appeal. *Sales v. State*, No. AP-74,594 (Tex. Crim. App. Jan. 26, 2005) (not
designated for publication). We denied relief on Applicant's initial post-conviction

---

[1] Unless otherwise indicated, all references in this order to Articles refer to the Texas
Code of Criminal Procedure.

application for a writ of habeas corpus. *Ex parte Sales*, No. WR-78,131-01 (Tex. Crim. App. Jan. 14, 2015) (not designated for publication).

On July 10, 2017, Applicant filed in the trial court his first subsequent application for a writ of habeas corpus. After reviewing the application, this Court determined that a preliminary matter regarding his first allegation needed to be resolved before it could be determined whether Applicant had met the dictates of Article 11.071 § 5. We remanded the application to the trial court for a review of the preliminary matter and a possible review of the merits of the first allegation. *Ex parte Sales*, No. WR-78,131-02 (Tex. Crim. App. Feb. 14, 2018) (not designated for publication).

It has been almost three years since we remanded the application to the trial court. Accordingly, we order the trial court to resolve any remaining issues in the case within 90 days from the date of this order. The clerk shall then immediately transmit the complete writ record to this Court. Any extensions of time shall be requested by the trial judge, or on his or her behalf, and obtained from this Court.

IT IS SO ORDERED THIS THE 13TH DAY OF JANUARY, 2021.

Do Not Publish